UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES CAVIN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 12-1144** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "J" (3)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation (Rec. Doc. 17) and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment **(Rec. Doc. 15)** is **DENIED**, that the Plaintiff's Motion for Summary Judgment **(Rec. Doc. 14)** is **GRANTED,** and that the opinion of the Administrative Law Judge is **VACATED** and this suit **REMANDED** for further proceedings consistent with the Report and Recommendation.

New Orleans, Louisiana, this 14th day May, 2013.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**